THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Donald Loren Smith, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge
Memorandum Opinion No. 2007-MO-055
Heard May 2, 2007  Filed September 24, 2007 
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, and Assistant Attorney General Jason P. Peavy, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Brockman, 339 S.C. 57, 66, 528 S.E.2d 661, 666 (2000) (when reviewing a Fourth Amendment search and seizure case, an appellate court must affirm the trial courts ruling if there is any evidence to support the ruling); State v. Smart, 278 S.C. 515, 519, 299 S.E.2d 686, 688 (1982)[1] (appellant must do more than allege a violation of ethical canons to establish need for disqualification); S.C. Const. art. I, § 10 (protecting the right against unreasonable searches, seizures and invasions of privacy); State v. Davis, 354 S.C. 348, 360, 580 S.E.2d 778, 784 (Ct. App. 2003) (there is no violation of Franks v. Delaware, 438 U.S. 154 (1978), if the affidavit, including the omitted data, still contains sufficient information to establish probable cause).
TOAL, C.J., MOORE, PLEICONES, JJ., and Acting Justices E. C. Burnett, III and J. Cordell Maddox, concur.

[1] Overruled on other grounds by State v. Torrence, 305 S.C. 45, 406 S.E.2d 315 (1991).